**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DOUGLAS WALKER,

    Petitioner,

v.                                                CASE NO. 1:09cv165-MP-GRJ

WALTER A. MCNEIL,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 23, 2012. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is DENIED**,** and a certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

    3.    The motion to consolidate cases (doc. 28) is DENIED as moot.

    **DONE and ORDERED** this 7th day of August, 2012.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**